ACCEPTED
03-15-00180-CV
4810931
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 2:48:40 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00180-CV

## IN THE THIRD COURT OF APPEALS OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 2:48:40 PM
JEFFREY D. KYLE
Clerk

**Rebecca Mae Blount**
**Appellant**

**v.**

**Yellow Orchid, LLC**
**Appellees**

## Appeal from the County Court at Law 1 Travis County, Texas
## Trial Court No.  C-1-CV-15-000923

## APPELLANT'S MOTION TO DISMISS

David Rogers
Texas Bar No. 24014089
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@DARogersLaw.com
Matthew Wilson
Texas Bar No. 24079588
Telephone: (512) 923-1836
Fax: (512) 201-4082
Fax: (512) 777-5988

ATTORNEYS FOR APPELLANT

No. 03-15-00180-CV

IN THE THIRD COURT OF APPEALS OF TEXAS

Rebecca Mae Blount
Appellant

v.

Yellow Orchid, LLC
Appellees

Appeal from the County Court at Law 1 Travis County, Texas
Trial Court No.  C-1-CV-15-000923

APPELLANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now Appellant, Rebecca Mae Blount, and files her motion to dismiss her appeal from Travis County Court at Law No. 1. The parties have agreed to a confidential settlement and release agreement that disposes of all claims in this matter. As such, Appellant no longer wishes to pursue this appeal and respectfully moves this court to dismiss her appeal and remove this case from the court's docket.

RESPECTFULLY SUBMITTED,

*/s/ David Rogers*_____
DAVID ROGERS

Texas Bar No. 24014089
LAW OFFICE OF DAVID ROGERS
1201 Spyglass

Suite #100
Austin, TX 78746
Telephone: (512) 923-1836

Facsimile: (512) 201-4082
*Email:* Firm@DARogersLaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 5, 2015 all parties finished executing a settlement agreement, a condition of which is the filing of this motion. This motion is therefore filed as unopposed.

*/s/ David Rogers*_____
DAVID ROGERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing motion was served upon counsel of record for Appellee via this court's ECF system on this 8th day of April, 2015.

J. Hyde
State Bar No. 24027083
THE J. HYDE Law OFFICE, PLLC
Ill E. 17th Street#l2015
Austin, Texas 78711
Phone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

_/s/ David Rogers_____
DAVID ROGERS